UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRIGNIA
NORFOLK DIVISION

In Re: Pamela Ann Parris

Case No. 10-73134-SCS
Chapter 7

## RECISSION OF REAFFIRMATION AGREEMENT

COMES NOW, the debtor, Pamela Ann Parris, *pro se*, and requests this Court to file this recission in her Chapter 7 case; the debtor endorsed a reaffirmation agreement with Port Alliance Federal Credit Union on or about July 27, 2011. It was filed with this Court on or about August 2, 2011. A hearing was scheduled on this Reaffirmation Agreement on September 1, 2011 and an Order was entered on said Reaffirmation Agreement approving the Reaffirmation Agreement with Port Alliance Federal Credit Union on September 6, 2011.

The debtor is hereby rescinding the reaffirmation agreement filed on August 2, 2011, with Port Alliance Federal Credit Union and is stating her intent as to rescind this reaffirmation agreement with Port Alliance Federal Credit Union on this the 23nd day of September, 2011.

Dated this the 23rd day of September, 2011.

_____
Pamela A. Parris

Pamela A. Parris, *pro se*
401 Rennie Ct.
Virginia Beach, VA 23454
(757) 431-0249

CERTIFICATION

I do hereby certify that on this the 23rd day of September, 2011, I sent a true copy of the foregoing Rescission via either facsimile and/or first-class mail to the Ch. 7 Trustee, to the Office of the U.S. Trustee and to the creditor, Port Alliance Federal Credit Union and to Steven L. Brown, counsel for Port Alliance Federal Credit Union.

_____
Pamela A. Parris